# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2014

## NO. 03-14-00253-CV

### PKWF GP, LLC, Appellant

v.

### Aqua Land Lakeway Medical Development, LLC, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLEE'S MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the order of severance signed by the trial court on December 20, 2013, finalizing an earlier default judgment. Appellee has filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.